# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES BUREAU OF PRISONS, *et al.*,<br><br>　　　　Defendants. | Case No. 5:15-cv-02160-TJH (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Amended Report to which Plaintiff has objected.

　　IT THEREFORE IS ORDERED that:

　　(1) the Amended Report and Recommendation of the Magistrate Judge is accepted and adopted;

　　(2) Defendants' Motions to Dismiss (ECF Nos. 127, 156, 157) are granted as set forth in the Amended Report and Recommendation; and

(3) the Fifth Amended Complaint is dismissed without further leave to amend and with prejudice.

DATED: October 22, 2019

_____
TERRY J. HATTER, JR.
SENIOR U.S. DISTRICT JUDGE