JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES BUREAU OF PRISONS, *et al.*,<br><br>　　　　Defendants. | Case No. 5:15-cv-02160-TJH (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Fifth Amended Complaint is dismissed with prejudice.

DATED: October 22, 2019

_____
TERRY J. HATTER, JR.
SENIOR U.S. DISTRICT JUDGE